[No. 1475.]

LOUIS MARSHALL *v.* THE STATE.

AGGRAVATED ASSAULT—INFORMATION.—The charging part of the informa-
tion is that the accused "did make an aggravated assault upon one T.,"
etc. *Held*, insufficient to charge an aggravated assault, though sufficient
to charge a simple assault.

APPEAL from the County Court of Fort Bend. Tried below
before the Hon. R. J. Calder, County Judge.

The opinion discloses the case. The punishment imposed was
a fine of one hundred dollars.

*W. L. Davidson*, for the appellant.

*J. H. Burts*, Assistant Attorney General, for the State.

HURT, J. Louis Marshall was convicted of an aggravated
assault.

The information charges that "Louis Marshall did, on or
about the twenty-fifth day of February, A. D. 1882, in the said
county of Fort Bend, State of Texas, make an aggravated as-
sault upon one Thomas Tolliver," etc. For an aggravated as-
sault this information is fatally defective.

There is no act, fact or ground of aggravation charged. (*Key*
v. *The State*, 12 Texas Ct. App., 506.) It being sufficient for
simple assault (the case of *Pierce* v. *The State*, 26 Texas, 114,
having been overruled), we will not dismiss the prosecution, but
remand the cause for trial upon that charge.

The judgment is reversed and the cause remanded.

*Reversed and remanded.*

Opinion delivered February 17, 1883.